JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Eastern Savings Bank FSB

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) 860-677-6655
Law Offices of Robert M. Meyers, LLC
56 East Main Street, Avon, CT 06001

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☒ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: Foreclosure

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 11/27/12

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| EASTERN SAVINGS BANK FSB <br> *Plaintiff* <br> v. <br> Dawn King, et al <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dawn King
49 James Street
Hamden, CT  06518


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| EASTERN SAVINGS BANK FSB <br> *Plaintiff* <br> v. <br> DAWN KING, et al <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CACH, LLC
4340 S. Monaco Street
Suite 103
Denver, CO  80237


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____     _____
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| EASTERN SAVINGS BANK FSB <br> *Plaintiff* <br> v. <br> DAWN KING, et al <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Midstate Medical Center
435 Lewis Avenue
Meriden, CT  06451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

EASTERN SAVINGS BANK FSB  
*Plaintiff*

v.  Civil Action No.

DAWN KING, et al  
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Capital One Bank USA, N.A.  
15000 Capital One Drive  
Richmond, VA  23238

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____

*Signature of Clerk or Deputy Clerk*

JD-CV-103 Rev. 7-09



## YOU ARE BEING SUED

## AND YOU ARE IN DANGER OF LOSING YOUR PROPERTY

The Connecticut Superior Court requires that this notice be sent to you about the residential foreclosure process. This is not legal advice. Please read it carefully.

It is important that you learn about your options in foreclosure. There are government agencies, legal aid programs and other non-profit organizations that you may call for information about foreclosure.

To protect your rights, you should speak to an attorney or go to the foreclosure clerk, foreclosure caseflow coordinator or Court Service Center in the Court where your case was filed for information on what to do next. **If you do not take action, you could lose your property.**

**If you do not file an Appearance form with the Court, you will not get important notices about your case AND the Court may make a decision (enter a default judgment) against you.** File the Appearance form at the Court where your case is pending.

You should also work with your lender or other person bringing this lawsuit or, if this foreclosure involves your home, to contact a HUD-certified housing counselor during this process.

> If this foreclosure involves your home, you may be eligible for the Foreclosure Mediation program. Information about the program is attached to these papers and is also available at any Superior Court Judicial District courthouse or on the court's website at *www.jud.ct.gov*. To locate assistance near you, you may call the Connecticut Housing Finance Authority's call center toll free at 1-877-571-2432. Customer Service Representatives are available Monday through Friday from 8:30 a.m. to 5:00 p.m. You may also call 2-1-1 for other help.

### PROCEED WITH CAUTION

You may be contacted by people offering to help you avoid foreclosure. Please follow these precautions:

1. Get legal advice before entering into any deal involving your house.
2. Get legal advice before paying any money to anyone offering to help you avoid foreclosure.
3. Do not sign any papers you do not understand.

## READ THE PAPERS UNDER THIS NOTICE

FORECLOSURE MEDIATION
NOTICE TO HOMEOWNER OR
RELIGIOUS ORGANIZATION
(For cases with a Return Date of
10/1/2011 or later)
JD-CV-127  New 8-11
C.G.S. § 49-31/, PA 11-201

STATE OF CONNECTICUT
SUPERIOR COURT
JUDICIAL BRANCH
www.jud.ct.gov

FMNORMR



# Notice to Homeowner or Religious Organization:
# Availability of Foreclosure Mediation

You have been served with a foreclosure complaint that could cause you to lose your property.

A **Foreclosure Mediation Program** has been set up to help certain homeowners and religious organizations.

You must fill out the attached **Foreclosure Mediation Certificate form, JD-CV-108** and **Appearance form, JD-CL-12** and file them with the Court no later than 15 days from the Return Date on the *Summons* form that was served on you (or delivered to you). If these forms are not attached, you may get them at any Judicial District courthouse or from the Judicial Branch website at *www.jud2.ct.gov/webforms*.

A mediation will be scheduled if:

1. You are the **owner-occupant** of a **1, 2, 3 or 4 family residential** property; and

   - you are the **borrower**; and

   - the **mortgage** on your owner-occupied residential property is being **foreclosed**; and

   - the property being foreclosed is your **primary residence**; and

   - the property is located in **Connecticut**; *or*

2. the property is **owned by a religious organization**, is located in **Connecticut**, and the foreclosure case has a return date of October 2, 2011, or later.

Mediation is where a person who does not take sides helps parties try to settle their case.

Judicial Branch mediators will conduct mediation sessions at the courthouse.

**There is no application fee for this program.**

**MEDIATION INFORMATION FORM**
JD-CV-125 New 8-11
C.G.S. § 49-31l, PA 11-201

STATE OF CONNECTICUT
**SUPERIOR COURT**
JUDICIAL BRANCH
www.jud.ct.gov



**Instructions:**
*This form is 3 pages. Please read this instruction section before filling out pages 2 and 3.*

*The Foreclosure Mediation Program is set up to help homeowners and lenders reach a fair and voluntary agreement. By giving information about your financial situation on this form, you and your lender will be able to have a productive discussion about what may be available to you.*

**What you must do:**
1. Fill out the Appearance form and Foreclosure Mediation Certificate. These forms are included in this packet. You must file them with the court **no later than 15 days after the return date.** The return date is printed on the upper right part of the Summons form in this packet. You do not have to come to court on the return date. The court cannot notify you of the date and time you must come for your first mediation session until you file these forms.

2. Fill out this Mediation Information Form, attach the required paperwork, and send it all to the Plaintiff's attorney at the address of the attorney or law firm on the Summons form. Only one form should be filled out for each household. The paperwork you must send with this Mediation Information Form is listed on page 3 of this form. You must send it all to the lender's attorney as soon as possible, but **at least 15 business days (about 3 weeks) before the first mediation session. Do not wait until you get the court notice of the date of the first mediation session to send this form and paperwork to the plaintiff's attorney.**

3. Keep a copy of the filled-out Mediation Information Form and the paperwork. Bring the copy of the filled-out form and the paperwork to the first mediation session. **Do not mail them to the court.**

**What your lender must do:**
At least 15 days before the first mediation session, your lender will provide you with (1) contact information for someone at your mortgage company who is able to process your request for a loan workout, including their direct telephone number, fax number, email address and mailing address; and (2) a twelve-month account history for your mortgage loan.

**Other Information you should know:**
The information you put on the Mediation Information Form and the paperwork you send with it will be treated as confidential and will not be shared without your consent with anyone besides your lender, its attorneys, and a court-employed mediator with the Foreclosure Mediation Program. **You may be asked to give additional information as part of the mediation process.**

If you need help filling out the Mediation Information Form, or advice about the workouts available to you, or help preparing for the Foreclosure Mediation Program, you may contact one of the agencies contained on the attached Notice of Community-Based Resources(JD-CV-126) You may also get help filling out this form at any Court Service Center located in most Judicial District courthouses. However, if you are not able to get help with filling out this form quickly enough in order to send it to the plaintiff's attorney on time, you still must follow instructions 1 and 2 above, under "What you must do".

| Loan Number: | |
|---|---|
| **Personal Information:** | |
| Borrower (First and last name) | |
| Co-Borrower (First and last name) | |
| Property address | |
| Contact number (Telephone/cell) | |
| Number of people in household | |
| Mailing address (*If different from property address*) | |
| Mortgage lender/servicer | |

| Monthly income | Borrower | | Co-borrower | |
|---|---|---|---|---|
| | Gross (*Before deductions*) | Net (*After deductions*) | Gross | Net |
| 1. Monthly income (*Wage/salary*) | $ | $ | $ | $ |
| 2. Self employment | | | | |
| 3. Social Security/Social Security disability | | | | |
| 4. Pension/retirement | | | | |
| 5. Alimony/child support received (*Optional - you do not have to give this information*) | | | | |
| 6. Income from renters | | | | |
| 7. Contribution from non-borrowers living in the home | | | | |
| 8. Unemployment/food stamps | | | | |
| 9. Other | | | | |
| 10. Total income | | | | |

| Monthly living expenses - do not include expenses deducted from your paystub | | | |
|---|---|---|---|
| Alimony/child support paid | $ | Life/disability insurance | $ |
| Auto gas/repair | | Memberships/union dues | |
| Auto insurance | | Minimum credit card payments | |
| Auto taxes | | Personal loan payments | |
| Cable/satellite TV & phone | | Pet expenses | |
| Internet service | | Prescriptions | |
| Child care | | Property services | |
| Children's activities | | Security services | |
| Clothing/dry cleaning | | Subscriptions | |
| Co-pays | | Telephone (*cell*) | |
| Electric bill | | Trash disposal | |
| Food (*in-home*) | | Tuition/school supplies | |

JD-CV-125 New 8-11                    Page 2 of 3

| | | | |
|---|---|---|---|
| Gas or oil bill | | Other (*please specify*) | |
| Health and dental insurance | | Other (*please specify*) | |
| Homeowners/condo association fees | | Other (*please specify*) | |
| Homeowners insurance | | Other (*please specify*) | |
| Household items | | Other (*please specify*) | |

| Secured debts - Loans (*Monthly payments*) | | | |
|---|---|---|---|
| First mortgage | $ | Car payment | $ |
| Second mortgage | | Student loans | |
| Property taxes | | Other (*please specify*) | |
| Car payment | | Other (*please specify*) | |
| Total monthly living expenses and secured debts (*Add up all monthly living expenses and secured debts above*) | | $ | |

| I am having difficulty making my monthly payment because (*please check all that apply*): | |
|---|---|
| ☐ My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-worker. | ☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt. |
| ☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes. | ☐ My cash reserves, including all liquid assets are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. |
| ☐ Other: | |

## Documents that must be sent with this form:

1. Proof of income
   - Pay stubs for all jobs from all wage earners for the most recent month
   - Personal bank statements for the two most recent and consecutive months (*all pages, including bank logo and your name*)
   - Business bank statements for the two most recent and consecutive months (*all pages, including bank logo and business name*) - only if self-employed
   - Most recent award letter for any benefits (*including disability income, Social Security, food stamps, pension, public assistance and adoption assistance*)
   - Recent year-to-date Profit & Loss statement (*signed and dated*) - only if self-employed
   - Two years' most recent federal tax returns (*with all schedules, signed and dated by all taxpayers on page 2*)
   - For rental income, copies of all leases with signatures. If the rental income is for another property, also include the amount paid for the mortgage, taxes and insurance on the property
   - Contribution letters from all non-borrowers who live in the household and contribute along with proof of their income (*signed and dated*)
   - Copy of court order showing payments received for alimony or child support or both - only if alimony or child support or both is included in you income

2. Proof of Occupancy:
   - Most recent utility bill; preferably one of the following: gas, electric, or water
3. IRS Form 4506T-EZ (can be found at *http://www.irs.gov/pub/irs-pdf/f4506t.pdf*)

**All documents must include loan number at top of page and be dated within 60 days of the date submitted.**

| Borrower: | Co-Borrower: |
|---|---|
| Signature | Signature |
| Print name | Print name |
| Date | Date |

| FORECLOSURE MEDIATION NOTICE OF COMMUNITY-BASED RESOURCES | STATE OF CONNECTICUT SUPERIOR COURT JUDICIAL BRANCH |
|---|---|
| JD-CV-126  Rev. 10-12<br>C.G.S. § 49-31*l*,<br>June 12 Special Session P.A. 12-1 Sec. 129 | www.jud.ct.gov |



## State of Connecticut Department of Banking
## Foreclosure Hotline Bulletin
## Community-Based Resources for Connecticut Homeowners in Foreclosure

*Note: Assistance in multiple languages is available through Connecticut Housing Finance Authority (CHFA/HUD)-approved housing counseling agencies (refer to the list below). Ayuda en Español es disponible a través de agencias de consejeria de vivienda aprobado por CHFA/HUD (favor de referirse a la lista de abajo).*

## Toll-free Mortgage Foreclosure Assistance Hotline: 1-877-472-8313
## Department of Banking Website: www.ct.gov/dob

The free Foreclosure Hotline is open Monday-Friday 8:00 a.m. to 5:00 p.m. Calls will be returned within two business days. Homeowners who are currently a party to a foreclosure action with time sensitive foreclosure concerns should call the Hotline for assistance. You can also reach the Department of Banking by calling **1-800-831-7225 (toll-free)** or **860-240-8299**.

## Mortgage Assistance Programs from the
## Connecticut Housing Finance Authority (CHFA)

The Connecticut Housing Finance Authority has two mortgage assistance programs created by the Connecticut General Assembly: (1) the Emergency Mortgage Assistance Program (EMAP), which can help with overdue payments and provide monthly mortgage assistance; and (2) refinancing through CT FAMLIES. For more information, contact a CHFA/HUD-approved housing counseling agency (listed below), call CHFA at **1-877-571-2432**, or visit *www.chfa.org*.

**CHFA/HUD-Approved Housing Counselors:** CHFA/HUD-approved housing counselors provide free services to Connecticut homeowners and can assist in identifying possible solutions to your financial issues, reviewing your budget, and negotiating with your mortgage company to address your mortgage issues, including federal loan modification programs and CHFA/HUD mortgage assistance programs. CHFA/HUD-approved housing counselors are all trained in handling FHA loans as well as "conventional" loans. **They can help you prepare for Foreclosure Mediation and help you submit financial documents to your mortgage company as part of the Mediation process.** CHFA/HUD-approved counselors welcome residents from all over Connecticut - you do not have to call the agency closest to you. **Note:** If your Return Date (located at the top right of the Summons you received) is on or after October 1, 2011, you should have also received a Mediation Information Form and instructions with your foreclosure papers. The Form must be received by the law firm representing your servicer/lender no later than 15 business days before your first mediation session. Even if you are unable to get an appointment with a housing counselor before that deadline, you are still required to submit a completed Mediation Information Form on time.

| County | CHFA/HUD-Approved Housing Counseling Agency | Phone |
|---|---|---|
| Fairfield | Housing Development Fund, 940 Broad Street, Bridgeport www.hdf-ct.org | 203-338-9035 |
| | Mission of Peace, 4270 Main St., Suite 303, Bridgeport www.missionofpeace.com | 203-366-4180 |
| | Housing Development Fund, 8 West St., Danbury www.hdf-ct.org | 203-798-6527 |
| | Housing Development Fund, 100 Prospect St., Suite 100, Stamford www.hdf-ct.org | 203-969-1830 |
| | Urban League of Southern CT, 46 Atlantic St., Stamford www.ulsc.org | 203-327-5810 |
| Hartford | Housing Education Resource Center, 901 Wethersfield Ave., Hartford www.herc-inc.org | 860-296-4242 |
| | Urban League of Greater Hartford, 140 Woodland St., Hartford www.ulgh.org | 860-527-0147 |
| | Co-Opportunity, 20-28 Sargeant St., Hartford www.co-opportunity.org | 860-236-3617 |
| | Community Renewal Team, 395 Wethersfield Ave., Hartford www.crtct.org | 860-560-5600 |
| | Neighborhood Housing Services of New Britain, 223 Broad St., New Britain www.nhsnb.org | 860-224-2433 |
| New Haven | Neighborhood Housing Services of New Haven, 333 Sherman Ave., New Haven www.nhsofnewhaven.org | 203-562-0598 |
| | Greater New Haven Community Loan Fund, 171 Orange St., New Haven http://www.theroofproject.org | 203-624-7406 |
| New London | Catholic Charities, Diocese of Norwich, 331 Main St., Norwich; 28 Huntington St., New London www.ccfsn.org | 860-889-8346 |
| Fairfield/ Litchfield/ New Haven | Neighborhood Housing Services of Waterbury, 161 North Main St., Waterbury www.nhswaterbury.org (Serves Waterbury, Danbury, and Torrington) | 203-753-1896 |

## Legal Resources

**Foreclosure Prevention Legal Clinics:** The Connecticut Fair Housing Center, the Department of Banking, and the Judicial Branch's Foreclosure Mediation Program present two, free monthly legal clinics for homeowners in foreclosure. The clinics offer information on the process and on preparing for court from a Center attorney, guidance on resources for homeowners from the Department of Banking, and a description of the Mediation Program from a court mediator. After the presentations, homeowners can talk about their situations one-on-one with volunteer attorneys, paralegals, and student volunteers. The monthly clinic in **Hartford is the 3rd Tuesday evening of the month** and is run by the Connecticut Fair Housing Center and the University of Hartford Paralegal Studies Program. The monthly clinic in **Fairfield County is the 3rd Wednesday evening of the month**, is sponsored by Bridgeport Mayor Bill Finch, Stamford Mayor Michael Pavia, and Norwalk Mayor Richard Moccia, and is run by the Connecticut Fair Housing Center and Homes Saved By Faith. Its location changes each month among the 3 cities. More information on the clinics (including times and locations) is available on *www.ctfairhousing.org* or by calling **1-888-247-4401**.

**Judicial Branch Foreclosure Volunteer Attorney Program:** Volunteer attorneys are available to give advice and answer questions about foreclosure at certain courthouses in the state. Homeowners facing foreclosure throughout Connecticut are welcome to attend. Call 860-263-2734 for additional information.

**Foreclosure Manual for Self-Represented Homeowners:** The Connecticut Fair Housing Center publishes "Representing Yourself in Foreclosure: A Guide for Connecticut Homeowners," a free manual describing the foreclosure and mediation process for self-represented homeowners. Copies are available at many locations, such as CHFA/HUD-approved housing counselors, *www.ctfairhousing.org*, and by calling the Center at **1-888-247-4401**.

**Statewide Legal Services (SLS):** SLS provides free legal advice and referrals for callers qualifying for its services (guidelines include income limits). You can reach SLS by calling **1-800-453-3320 or 860-344-0380**.

**Court Service Centers:** In certain Superior Court locations, Court Service Centers provide public access computers, printers, fax machines, copiers, phones, and work space for self-represented parties. Refer to *www.jud.ct.gov*, and go to the **Quick Links** menu on the home page of the Judicial website for more information.

**Lawyer Referral Services:** County Bar Associations in Connecticut offer referral services that introduce homeowners to lawyers who can answer questions during an initial half-hour consultation. You can send an email with your questions and availability. Services beyond the 1st half-hour fee will be at the attorney's usual fee.

| County | Phone | Fee for 1/2 hour Consultation | Website | Email |
|---|---|---|---|---|
| Fairfield | 203-335-4116 | $35 | www.fairfieldlawyerreferral.com | fcba@conversent.net |
| Hartford* | 860-525-6052 | $25 | www.hartfordbar.org | hcba@hartfordbar.org |
| New Haven | 203-562-5750 | $35 | www.newhavenbar.org | NHCBAinfo@newhavenbar.org |
| New London | 860-889-9384 | $25 | www.nlcba.org | See website for contact form |

*The Hartford County Bar also covers Litchfield, Middlesex, Tolland, and Windham Counties.

**How Foreclosure Rescue Scams Work.** People in foreclosure are often the target of "foreclosure rescue scams." Be very careful of non-lawyers who ask you to pay a fee for counseling, loan modification, foreclosure prevention, or a "forensic audit" of your loan documents, **regardless of their promises or claims.** Many out-of-state attorneys target Connecticut residents: **you should never pay attorneys that you do not meet.** Contact the Department of Banking for more information at **1-877-472-8313** or visit *www.preventloanscams.org*.

**Mortgage Crisis Job Training Program.** The state-funded Mortgage Crisis Job Training Program is a project of The WorkPlace, Inc., in partnership with the Connecticut Housing Finance Authority (CHFA), Capital Workforce Partners, and Connecticut's workforce system. The Program helps homeowners increase their job skills and earning potential. It offers customized employment services, job training scholarships, financial literacy, and credit counseling. For information call **1-866-683-1682** or go to *www.workplace.org/mortgage.asp*.

**Financial Assistance Programs.** Connecticut's 12 Community Action Agencies (CAAs) help people meet immediate needs through services such as Eviction and Foreclosure Prevention, energy/heating assistance, food pantries, and weatherization. CAAs also empower people to improve their financial future through employment services, financial literacy training, and other programs. To locate your local CAA call the Connecticut Association for Community Action at **860-832-9438** or visit: *www.cafca.org/our-network*.

For more information on programs for homeowners facing financial distress, review the Department of Banking's materials on *www.ct.gov/dob* or call **1-877-472-8313**. You can also call Info line at 2-1-1 for resources.